UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CASE NO. 23-cr-35 (RC) |
| v. | : |
| | : |
| CASEY TRYON-CASTRO AND | : |
| MICAIAH JOSEPH, | : |
| | : |
| Defendants. | : |

## STIPULATION REGARDING FEDERAL OFFICER STATUS

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendants, Casey Tryon-Castro and Micaiah Joseph, with the concurrence of their attorneys, agree and stipulate to the following:

On January 6, 2021, officers from the United States Capitol Police (USCP) on the U.S. Capitol Grounds and in the U.S. Capitol building were engaged in their official duties as officers and employees of the United States and of an agency in any branch of the United States Government, as those terms are used in Title 18, United States Code, Section 1114.

On January 6, 2021, officers from the Washington, D.C., Metropolitan Police Department (MPD) on the U.S. Capitol Grounds and in the U.S. Capitol building were assisting officers from the USCP who were engaged in their official duties as officers and employees of the United States and of an agency in any branch of the United States Government, as those terms are used in Title 18, United States Code, Section 1114.

Respectfully submitted,

FOR THE DEFENSE:

_____
Casey Tryon-Castro
**Defendant**

FOR THE UNITED STATES

_____
Sarah Martin
Kaitlin Klamann
**Assistant United States' Attorneys**

_____
Benjamin Schiffelbein, Esq.
**Counsel for Casey Tryon-Castro**

_____
Micaiah Joseph
**Defendant**

_____
Kira West, Esq.
**Counsel for Micaiah Joseph**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CASE NO. 23-cr-35 (RC) |
| v. | : |
| | : |
| CASEY TRYON-CASTRO AND | : |
| MICAIAH JOSEPH, | : |
| | : |
| Defendants. | : |

### STIPULATION REGARDING THE IDENTITY
### OF DEFENDANT CASEY TRYON-CASTRO

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Casey Tryon-Castro, with the concurrence of her attorney, agree and stipulate to the following:

The below screenshots were taken from video footage of the Capitol Riot on January 6, 2021 and depict the defendant, Casey Tryon-Castro.




Respectfully submitted,

FOR THE DEFENSE:

_____
Casey Tryon-Castro
**Defendant**

_____
Benjamin Schiffelbein, Esq.
**Counsel for Casey Tryon-Castro**

FOR THE UNITED STATES

_____
Sarah Martin
Kaitlin Klamann
**Assistant United States' Attorneys**

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CASE NO. 23-cr-35 (RC) |
| CASEY TRYON-CASTRO AND MICAIAH JOSEPH, | : |
| Defendants. | : |

## STIPULATION REGARDING U.S. CAPITOL SURVEILLANCE FOOTAGE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendants, Casey Tryon-Castro and Micaiah Joseph, with the concurrence of their attorneys, agree and stipulate to the following:

The United States Capitol Police (USCP) operate and maintain closed-circuit video monitoring and recording equipment that captures locations inside and outside of the U.S. Capitol building and on the Capitol grounds. Government Exhibit series 100 and Defendant Joseph Exhibit Series 300 and 700 is footage from USCP closed-circuit video monitoring and recording equipment. The video equipment timestamps each recording with the date and time at which the footage is captured. The USCP-controlled video equipment was in good working order on January 6, 2021, and video footage recovered from the cameras and equipment with the timestamp of January 6, 2021 is footage from January 6, 2021. The events depicted in these exhibits are a fair and accurate depiction of what was captured by the recording equipment at the U.S. Capitol on January 6, 2021 and the timestamps on the recordings are accurate. The video footage is authentic in that it is what it purports to be.

Respectfully submitted,

FOR THE DEFENSE:

_____
Casey Tryon-Castro
**Defendant**

_____
Benjamin Schiffelbein, Esq.
**Counsel for Casey Tryon-Castro**

_____
Micaiah Joseph
**Defendant**

_____
Kira West, Esq.
**Counsel for Micaiah Joseph**

FOR THE UNITED STATES

_____
Sarah Martin
Kaitlin Klamann
**Assistant United States' Attorneys**

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 23-cr-35 (RC) |
| v. | |
| CASEY TRYON-CASTRO AND MICAIAH JOSEPH, | |
| Defendants. | |

## STIPULATION REGARDING METROPOLITAN POLICE DEPARTMENT BODY WORN CAMERA FOOTAGE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendants, Casey Tryon-Castro and Micaiah Joseph, with the concurrence of their attorneys, agree and stipulate to the following:

Members of the Metropolitan Police Department ("MPD") utilize equipment known as Body Worn Camera ("BWC"). BWC records audio and video. The equipment timestamps each recording with the date and time at which the footage is captured. The BWC equipment was in good working order on January 6, 2021, and video footage recovered from the cameras and equipment with the timestamp of January 6, 2021 is footage from January 6, 2021. The events depicted in the video footage are a fair and accurate depiction of what was captured by BWC at the U.S. Capitol on January 6, 2021 and the timestamps on the recordings are accurate. Exhibits in the Government's 200 series and defendant Joseph's 600 series are derived from this footage. The video footage is authentic in that it is what it purports to be.


Respectfully submitted,

FOR THE DEFENSE:

_____
Casey Tryon-Castro
**Defendant**

_____
Benjamin Schiffelbein, Esq.
**Counsel for Casey Tryon-Castro**

_____
Micaiah Joseph
**Defendant**

_____
Kira West, Esq.
**Counsel for Micaiah Joseph**

FOR THE UNITED STATES

_____
Sarah Martin
Kaitlin Klamann
**Assistant United States' Attorneys**

2