# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal Action No.: 23-35 (RC) |
| : | |
| MICAIAH JOSEPH, : | |
| : | |
| Defendant. : | |

## SENTENCING SCHEDULING ORDER

It is hereby **ORDERED** that the following schedule shall govern the sentencing proceedings in this case:

1. sentencing in this matter is set for **November 12, 2024 at 2:00 p.m.** in Courtroom 23A;[1]

2. the probation officer assigned to this case shall disclose the draft pre-sentence investigation report to the parties no later than **October 8, 2024**;

3. counsel shall submit objections (if any) to the draft pre-sentence investigation report to the probation officer no later than **October 22, 2024**;

4. the probation officer shall disclose to the parties and file with the Court the final pre-sentence investigation report no later than **October 29, 2024**; and

5. any party wishing to submit a memorandum in aid of sentencing must do so no later than **November 1, 2024**, with all responses (if any) due by **November 7, 2024**, and all such memoranda and responses thereto must cite to supporting legal authority.

---

[1] All previously ordered conditions of release continue to apply between now and sentencing. *See* ECF No. 29.

**SO ORDERED**.

Dated:  June 12, 2024                                    RUDOLPH CONTRERAS
                                                        United States District Judge