UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
: Case No. 23-CR-35
v. :
:
CASEY TRYON-CASTRO, :
:
:
Defendant. :

## VERDICT FORM

**COUNT ONE:** Civil Disorder

_____          ___X_____
Not Guilty          Guilty

**COUNT FOUR:**

(a) Assaulting, Resisting, or Impeding Metropolitan Police Department Sergeant Phuson Nguyen

_____          ___X_____
Not Guilty          Guilty

*Proceed to (b) only if you find defendant "not guilty" of (a).*

(b) Assaulting, Resisting, or Impeding Metropolitan Police Department Sergeant Phuson Nguyen with Acts that Constitute Only Simple Assault

_____          _____
Not Guilty          Guilty

**COUNT FIVE:** Robbery and Aiding and Abetting

_____          ___X_____
Not Guilty          Guilty

**COUNT SEVEN:**

(a) **Assaulting, Resisting, or Impeding a Metropolitan Police Department Officer and Aiding and Abetting**

_____ Not Guilty      \_\_\_\_X\_\_\_\_ Guilty

*Proceed to (b) only if you find defendant "not guilty" of (a).*

(b) **Assaulting, Resisting, or Impeding a Metropolitan Police Department Officer with Acts that Constitute Only Simple Assault and Aiding and Abetting**

_____ Not Guilty      _____ Guilty

**COUNT TEN: Entering or Remaining in a Restricted Building or Grounds**

_____ Not Guilty      \_\_\_\_X\_\_\_\_ Guilty

**COUNT TWELVE: Disorderly or Disruptive Conduct in a Restricted Building or Grounds**

_____ Not Guilty      \_\_\_\_X\_\_\_\_ Guilty

**COUNT FOURTEEN: Engaging in Physical Violence in a Restricted Building or Grounds**

_____ Not Guilty      \_\_\_\_X\_\_\_\_ Guilty

**COUNT SIXTEEN**: Obstructing or Impeding Passage Through the Capitol Grounds or Buildings

_____          ____✗____
Not Guilty                  Guilty

Dated this 10 day of June, 2024

FOREPERSON