UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : Case No. 23-CR-35 |
| v. | : |
| | : |
| CASEY TRYON-CASTRO, | : |
| | : |
| Defendant. | : |

## VERDICT FORM

**COUNT ONE:** Civil Disorder

_____            ✗
Not Guilty                    Guilty

**COUNT FOUR:**

(a) Assaulting, Resisting, or Impeding Metropolitan Police Department Sergeant Phuson Nguyen

_____            ✗
Not Guilty                    Guilty

*Proceed to (b) only if you find defendant "not guilty" of (a).*

(b) Assaulting, Resisting, or Impeding Metropolitan Police Department Sergeant Phuson Nguyen with Acts that Constitute Only Simple Assault

_____            _____
Not Guilty                    Guilty

**COUNT FIVE:** Robbery and Aiding and Abetting

_____            ✗
Not Guilty                    Guilty

## COUNT SEVEN:

(a) Assaulting, Resisting, or Impeding a Metropolitan Police Department Officer and Aiding and Abetting

_____   _____X_____
Not Guilty           Guilty

*Proceed to (b) only if you find defendant "not guilty" of (a).*

(b) Assaulting, Resisting, or Impeding a Metropolitan Police Department Officer with Acts that Constitute Only Simple Assault and Aiding and Abetting

_____   _____
Not Guilty           Guilty

## COUNT TEN: Entering or Remaining in a Restricted Building or Grounds

_____   _____X_____
Not Guilty           Guilty

## COUNT TWELVE: Disorderly or Disruptive Conduct in a Restricted Building or Grounds

_____   _____X_____
Not Guilty           Guilty

## COUNT FOURTEEN: Engaging in Physical Violence in a Restricted Building or Grounds

_____   _____X_____
Not Guilty           Guilty

**COUNT SIXTEEN: Obstructing or Impeding Passage Through the Capitol Grounds or Buildings**

_____          ___X_____
Not Guilty                Guilty

Dated this **10** day of **June**, 2024

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
FOREPERSON